UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Billy "Braddy" Romero Ricalde,<br>*Plaintiff,*<br><br>vs.<br><br>JESSIE KENDALL<br>*Defendant.* | CA 06 520T<br><br>C.A. No.<br><br>*(R.I. Superior Court C.A. No. NC06-504)* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant, Jessie Kendall is a defendant in a civil action filed in the Newport County Superior Court entitled, *Billy "Braddy" Romero Ricalde v. Jessie Kendall, C.A. No. NC06-0504.* Attached to this petition is a complete and certified copy of the record from the Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about November 11, 2006

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendant

By her attorneys,

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906-2563
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 29th day of November 2006, to:

Martin I. Flax, Esq.
4 Kings Court
Dedham, MA 02026