STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2006-0504 BILLY "BRADDY" ROMERO RICAIDE V JESSIE KENDALL

Filing Date: 10-17-2006
Case Status: UNASSIGNED

Case Type: CONVERSION
Status Date: 10-17-2006

Plaintiff: BILLY RICALDE
ID: @10869253

Attorney: MARTIN FLAX

Defendant: JESSIE KENDALL
ID: @10869254

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-17-2006 | COMPLAINT FILED | |
| 10-17-2006 | INITIAL FILING FEE | |
| 10-17-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN27742. |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island