UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BILLY "BRADDY" ROMERO RICALDE, )<br>)<br>)<br>*Plaintiff*, )<br>vs. )<br>)<br>JESSIE KENDALL, )<br>*Defendant*. ) | C.A. No 06 520T<br>*(R.I. Superior Court*<br>*C.A.* No. NC06-504) |

-----------------------------------------------------

MOTION TO REMAND TO STATE COURT AND FOR ATTORNEY FEES

Plaintiff, Braddy Romero, by and through his attorney, Martin I. Flax, hereby responds to the Notice of Removal of Action by Defendant Jessie Kendall with this Motion to Remand to State Court Pursuant to 28 U.S.C. §1446, and states the following:

1. Defendant Jessie Kendall is a defendant in a civil action filed in the Newport County Superior Court entitled, *Billy Braddy Romero Ricalde v. Jessie Kendall*, C.A. No. NC06-0504.

2. Defendant filed a Notice of Filing Petition for Removal and a Petition for Removal along with a certified and complete copy of the record from the Newport County Superior Court with this Court on November 29, 2006.

3. In her Petition for Removal, Defendant asserts that this Court has original jurisdiction of this cause under 28 U.S.C. §1331 and 28 U.S.C. §1441(a)-(d).

4. The Complaint shows on its face that this cause of action does not implicate federal law in any regard as it involves solely matters of state law. Thus, this Court does not have original jurisdiction pursuant to 28 U.S.C. §1331, which gives the federal courts

original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. The Answer submitted by Defendant on November 24, 2006 includes an admission that Defendant is a resident of Rhode Island. 28 U.S.C. §1441(b) allows removal of a civil action from state court to federal court "only if none of the parties in interest . . . . is a citizen of the state in which such action is brought." Because Defendant is a resident of Rhode Island and the suit was brought in Rhode Island, Defendant is prohibited from removing the action to federal court.

6. Given the obvious lack of an objectively reasonable basis for Defendant's Petition for Removal, Plaintiff moves this Court to forthwith remand this cause of action back to the Rhode Island Superior Court, Newport County, and award Plaintiff reasonable attorneys' fees and costs associated with defending this unwarranted Petition.

Respectfully submitted,

Braddy Romero
By his attorney

LAW OFFICES OF MARTIN I. FLAX

_/s/ Martin I. Flax________________
Martin I. Flax, Esq. (#5486)
4 Kings Court
Dedham, MA 02026
Phone: (781) 329-4850
Fax: (781) 329-1880
E-Mail: Flaxlaw@comcast.net

CERTIFICATION OF SERVICE

I hereby certify that this document was filed electronically and is available for viewing and downloading from the ECF system. I also caused to be served by U.S. mail the foregoing document on the following attorney since he is not currently listed as an ECF participant:

Kevin M Brill, Esq.
211 Angell St.
Providence, R.I. 02906-2563.
:
Dated: December 13, 2006

_/s/Martin I. Flax____
Martin I. Flax

.