UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BILLY "BRADDY" ROMERO RICALDE, ) | C.A. No 06 520T |
| ) | *(R.I. Superior Court* |
| ) | *C.A.* No. NC06-504) |
| *Plaintiff,* ) | |
| vs. ) | |
| ) | |
| JESSIE KENDALL, ) | |
| *Defendant.* ) | |

-----------------------------------------------------

<u>MOTION TO EXTEND TIME TO ANSWER COUNTERCLAIM OR FOR STAY</u>

Plaintiff, Braddy Romero, by and through his attorney, Martin I. Flax, hereby moves the Court to extend time to answer Defendant's counterclaims or stay the action, and states the following:

1. Defendant Jessie Kendall is a defendant in a civil action filed by Plaintiff Braddy Romero in the Newport County Superior Court entitled, *Billy Braddy Romero Ricalde v. Jessie Kendall*, C.A. No. NC06-0504.

2. Defendant filed an Answer and Counterclaim in the Rhode Island Superior Court on or about November 24, 2006. Defendant then filed a Notice of Filing Petition for Removal and a Petition for Removal along with a certified and complete copy of the record from the Newport County Superior Court with this Court on November 29, 2006.

3. In her Petition for Removal, Defendant asserts that this Court has original jurisdiction of this cause under 28 U.S.C. §1331 and 28 U.S.C. §1441(a)-(d). Plaintiff has filed along with this Motion to Extend Time a Motion for Remand to State Court.

4. The Complaint shows on its face that this cause of action does not implicate federal law in any regard as it involves solely matters of state law. Additionally, because Defendant is a resident of Rhode Island and the action was commenced in a state court in Rhode Island, 28 U.S.C. §1441(b) proscribes removal to federal court.

5. Plaintiff has attached as Exhibit "A" to this Motion his Answer to Counterclaim in order to ensure that his Answer is deemed timely filed in the event that this Motion is denied. By filing his Answer as an Exhibit to this Motion, Plaintiff does not intend to waive his rights to oppose Removal or waive any of the jurisdictional defects asserted within the Motion to Remand.

6. Given the pendency of the Remand motion and the likelihood that the action will be sent back to state court, Plaintiff requests that this Court either stay the proceedings until after a decision is made on the Motion to Remand or extend the time to answer Defendant's counterclaims until the Motion to Remand is decided.

Respectfully submitted,

Braddy Romero
By his attorney

LAW OFFICES OF MARTIN I. FLAX

_/s/_Martin I. Flax____________

Martin I. Flax, Esq. (#5486)
4 Kings Court
Dedham, MA 02026
Phone: (781) 329-4850
Fax: (781) 329-1880
E-Mail: Flaxlaw@comcast.net

CERTIFICATION OF SERVICE

I hereby certify that this document was filed electronically and is available for viewing and downloading from the ECF system. I also caused to be served by U.S. mail the foregoing document on the following attorney since he is not currently listed as an ECF participant:

Kevin M Brill, Esq.
211 Angell St.
Providence, R.I. 02906-2563.
:
Dated: December 13, 2006

_/s/ Martin I. Flax___
Martin I. Flax

.