**"A"**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BILLY "BRADDY" ROMERO RICALDE, )<br>)<br>)<br>*Plaintiff*, )<br>vs. )<br>)<br>JESSIE KENDALL, )<br>*Defendant*. ) | C.A. No 06 520T<br>*(R.I. Superior Court*<br>*C.A.* No. NC06-504) |

---------------------------------------------------

PLAINTIFF'S ANSWER TO COUNTERCLAIM

Plaintiff, by and through his attorney, hereby Answers the Defendant's Counterclaim as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Admitted.
6. Denied.
7. In response to the allegations contained in this paragraph, Plaintiff admits that Defendant transported the paintings to Newport, Rhode Island at her expense. Except as so admitted, denied.
8. In response to the allegations contained in this paragraph, Plaintiff admits that Defendant has his paintings in her possession or under her dominion. Except as so admitted, denied.
9. Denied.

COUNT I

QUANTUM MERUIT

10. Plaintiff incorporates herein by reference each and every answer to paragraphs 1-9 as though fully restated.

11. Denied.

COUNT II

MISREPRESENTATION

12. Plaintiff incorporates herein by reference each and every answer to paragraphs 1-11 as though fully restated.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

WHEREFORE , Plaintiff respectfully requests that the Defendant's Counterclaim be dismissed.

Respectfully submitted,

BILLY "BRADDY" ROMERO RICALDE

By his attorney

LAW OFFICES OF MARTIN I. FLAX
_/s/ Martin I. Flax__________
Martin I. Flax, Esq. (#5486)
4 Kings Court
Dedham, MA 02026
Phone: (781) 329-4850
Fax: (781) 329-1880)
E-Mail: Flaxlaw@comcast.net

CERTIFICATION OF SERVICE

I hereby certify that this document was filed electronically and is available for viewing and downloading from the ECF system. I also caused to be served by U.S. mail the foregoing document on the following attorney since he is not currently listed as an ECF participant:

Kevin M Brill, Esq.
211 Angell St.
Providence, R.I. 02906-2563.
:
Dated: December 13, 2006

_/s/Martin I. Flax________
Martin I. Flax

.