UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BILLY "Braddy" ROMERO RICALDE,

*Plaintiff,*

vs. C.A. No. 06-520 T

JESSIE KENDALL,

*Defendant.*

**MOTION TO AMEND NOTICE AND PETITION FOR REMOVAL**

Defendant, Jessie Kendall, moves to amend her notice and removal petition to correct the typographical error in the original papers. In the removal petition, Defendant improperly listed 28 U.S.C. §1331 rather than 28 U.S.C. §1332 as the basis. While the original Civil Cover Sheet reflected diversity jurisdiction and the case is already listed in the ECF system with diversity as its jurisdiction, Defendant nevertheless wishes to file the amended notice and petition to rectify that error.

There is no prejudice to Plaintiff, and the Court, in its discretion, should grant the amendments, as stated above and reflected in the amended petition, hereto attached.

Defendant,
By her attorney,

*/s/ Kevin Brill*

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system. Notice will be sent via other means to (if same is missing from NEF):

Martin I. Flax, Esq.
flaxlaw@comcast.net

*/s/ Kevin Brill*

____________________________________

Kevin Brill