UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BILLY "Braddy" ROMERO RICALDE,<br>*Plaintiff,*<br>vs.<br>JESSIE KENDALL<br>*Defendant.* | C.A. No. 06-520 T |

**AMENDED PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant, Jessie Kendall is a defendant in a civil action filed in the Newport County Superior Court entitled, *Billy "Braddy" Romero Ricalde v. Jessie Kendall, C.A. No. NC06-0504.* (The original Petition for Removal was filed on November 29, 2006, to which was attached a complete and certified copy of the record from the Newport County Superior Court.)

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about November 11, 2006.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has diversity jurisdiction, pursuant to the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant.

Defendant,
By her attorney,

*/s/ Kevin Brill*

______________________________

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system. Notice will be sent via other means to (if same is missing from NEF):

Martin I. Flax, Esq.
flaxlaw@comcast.net

*/s/ Kevin Brill*

______________________________

Kevin Brill