UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BILLY "Braddy" ROMERO RICALDE,

*Plaintiff,*

vs.

JESSIE KENDALL

*Defendant.*

C.A. No. 06-520 T

*(R.I. Superior Court C.A. No. NC06-504)*

**AMENDED NOTICE OF FILING PETITION FOR REMOVAL**

TO: Clerk's Office
Newport County Superior Court
Murray Judicial Complex
45 Washington Square
Newport, RI 02840

Martin I. Flax, Esq.
4 Kings Court
Dedham, MA 02026

Please take notice that defendant, Jessie Kendall, on November 29, 2006, had originally filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the Newport County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1331 and 1441, and had obtained the above-captioned federal case number.

This amended notice is hereby filed to correct a typographical error; the correct jurisdictional bases are 28 U.S.C. §§ 1332 and 1441.

Defendant,
By her attorney,

*/s/ Kevin Brill*

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system. Notice will be sent via other means to (if same is missing from NEF):

Martin I. Flax, Esq.
flaxlaw@comcast.net

*/s/ Kevin Brill*

Kevin Brill