UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BILLY "Braddy" ROMERO RICALDE,<br>*Plaintiff,*<br><br>vs.<br><br>JESSIE KENDALL<br>*Defendant.* | C.A. No. 06-520 T |

**DEFENDANT'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND, TO RESPOND TO NEW ARGUMENTS**

Defendant, Jessie Kendall, submits the following supplemental opposition to Plaintiff's motion to remand.

ARGUMENT

In his most recent filing, Plaintiff argues that diversity does not lie in this case because the amount in controversy does not exceed the jurisdictional limit. While Plaintiff goes to great pains to suggest that it is somehow inequitable for him to pursue his case in federal court, he is also being less than fair in describing the amount in controversy.

Plaintiff's claims include the entirety of an art portfolio which he alleges was displayed at a museum in Washington, DC. Defendant attaches as Exhibit A to this opposition is a list of the art work. Plaintiff generated the list and Plaintiff attached values to that list. According to Plaintiff, the value of the artwork exceeds $85,000.00.

It is a rather cynical approach to this litigation for Plaintiff to make a broad claim about his art work and then fail to be straight with the court about the value he attributes to that artwork.

CONCLUSION

Since there is diversity between the parties, and the amount in controversy is sufficient, this Court has jurisdiction and the motion to remand must be denied.

Defendant,
By her attorney,

*/s/ Kevin Brill*

Kevin M. Brill, Esq. (#3084)
211 Angell Street
Providence, RI 02906
Phone: (401) 578-1787
Fax: (401) 272-9937
Email: kbrillesq@hotmail.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system.

*/s/ Kevin Brill*

Kevin Brill