IDB STAFF ASSOCIATION
ART GALLERY

# BRADDY
## AGOSTO 11 AGOSTO 22

| TITULO | MEDIDA (CM) | TECNICA | PRECIOS US$ |
|---|---|---|---|
| *El atardecer de Gariela* | 35 x 45 | Gouache, acrílico y tinta sobre papel | 700 |
| *Está el árbol, la casa, el cielo, menos nosotros* | 35 x 45 | Gouache, acrílico y tinta sobre papel | 900 |
| *La herida y el herido* | 35 x 45 | Acrílico y tinta sobre papel | 900 |
| *El regreso de los héroes* | 35 x 45 | Acrílico-tinta sobre papel | 1000 |
| *El último vuelo de Gabriela sobre mi techo* | 35 x 45 | Acrílico y tinta sobre papel | 500 |
| *Conciliábulos* | 35 x 45 | Acrílico y tinta sobre papel | 900 |
| *Copula al atardece* | 35 x 45 | Acrílico y tinta sobre papel | 400 |
| *Con la navaja bajo la lengua* | 35 x 45 | Acrílico, gouache y tinta sobre papel | 300 |
| *La vida! ¿Cómo te explico harly?* | 35 x 45 | Acrílico y tinta sobre papel | 1500 |
| *Una mujer con nombre de niña* | 35 x 45 | Acrílico-tinta sobre papel | 400 |
| *Un poema bajo la cama* | 35 x 45 | Collage y acrílico sobre papel | |
| *Ciudad con la tristeza encima* | 35 x 45 | Acrílico, tinta y guache sobre papel | |
| *Ciudad con la tristeza encima* | 35 x 45 | Acrílico, tinta y guache sobre papel | |
| *Décimo primer día la pesadilla aún no se va* | 35 x 45 | Acrílico, gouache y tinta sobre papel | 500 |
| *Sorpresa! Nada es para siempre Charli* | 35 x 45 | Acrílico, gouache y tinta sobre papel | 800 |
| *Ella, yo, nosotros ¡Què más da!* | 35 x 45 | Acrílico y tinta sobre papel | 700 |
| *Autorretrato bajo el imperio de la poesía* | 35 x 45 | Acrílico y tinta sobre papel | 1200 |
| *Asquerosamente feliz de tenerte a mi lado* | 34 x 45 | Acrílico y tinta sobre papel | 2500 |
| *Pensamientos* | 35 x 45 | Acrílico,gouache y tinta sobre papel | 400 |
| *La familia del centro pye y el valiente matacuy* | 35 x 45 | Acrílico y tinta sobre papel | 1500 |

| | | | |
|---|---|---|---|
| *La última mirada de Gabriela al vacío* | 120 x 84 | Acrílico y tinta sobre papel | |
| *A veces parece ser...pero casi siempre no es* | 34 x 45 | Collage y tinta sobre papel | |
| *Flagelando un nombre* | 35 x 45 | Acrílico y tempera sobre papel | |
| *La orgía en el taller* | 80 x 60 | Acrílico sobre lienzo | |
| *Secretos de Catalina con la luna entre sus dedos* | 350 x 180 | Acrílico sobre lienzo | 3000 |
| *Año nuevo en San Blas* | 60 x 45 | Acrílico sobre lienzo | |
| *Para alimentar algo más que palomas* | 350 x 155 | Acrílico sobre lienzo | |
| *Angelote* | 250 x 155 | Acrílico sobre lienzo | |
| *Poesía* | 250 x 155 | Acrílico sobre lienzo | |
| *El gato que yo amo* | 220 x120 | Acrílico sobre lienzo | |
| *Cazador del tiempo* | 220 x 150 | Acrílico sobre lienzo | |
| *El gato triste de San Blas* | 174 x 150 | Acrílico sobre lienzo | |
| *Comiendo papas y cebolla en el taller* | 50 x 45 | Acrílico sobre lienzo | |
| *Gabriela y la corona de carnaval* | 50 x 45 | Acrílico sobre lienzo | 4000 |
| *Día del trabajo bajo el coro del SUTEP* | 80 x 60 | Acrílico sobre lienzo | 1500 |
| *Orgía en el taller* | 80 x 60 | Acrílico sobre lienzo | 7000 |
| *Tigrecito de lana sobre el cordel* | 63 x 70 | Acrílico sobre lienzo | 3000 |
| *La coronación sobre la mesa de dibujo* | 109 x 220 | Acrílico sobre lienzo | 700 |
| *La elegancia de ser* | 25 x 30 | Collage y acrílico sobre lienzo | 10000 |
| *El gato con alas verdes* | 25 x 30 | Acrílico sobre lienzo | 5000 |
| *La espera del cerdo* | 77 x 55 | Acrílico sobre lienzo | 5000 |
| *Chinos de risa y el meón* | 120 x 100 | Acrílico sobre lienzo | 1200 |
| *Las aves que anidan en nosotros* | 70 x 100 | Acrílico sobre lienzo | 5000 |
| *El bautizo de los cuatro* | 70 x 100 | Acrílico sobre lienzo | 1000 |
| *El regalo del día de San Valentín* | 140 x 110 | Acrílico sobre lienzo | 11000 |
| *Así te extraño* | 120 x 60 | Acrílico sobre lienzo | 6000 |
| *Delicias de la cocina* | 108.5 x 170 | Acrílico sobre lienzo | 5000 |
| *Masticadores de libélulas* | 185 x 110 | Acrílico sobre lienzo | 8000 |
| *¿En qué está usted pensando señor Antonio? ( Retrato del abuelo)* | 100 x 120 | Acrílico sobre lienzo | 3000 |
| *Autorretrato con caña doliente* | 107 x 70 | Acrílico, y brocado sobre cartulina | 5000 |
| *Autorretrato con caña doliente* | 107 x 70 | Acrílico, y brocado sobre cartulina | 5000 |
| *Eclipsados bajo la misma pregunta* | 50 x 65 | Acrílico sobre lienzo | |
| *Muerto de amor* | 170 x 110 | Acrílico sobre lienzo | |
| *Gajito de naranja* | 180 x 120 | Acrílico sobre lienzo | |
| *Eclipsadas bajo la misma Pregunta* | 50 x 65 | Acrílico sobre lienzo | |
| *Muerto de amor* | 170 x 110 | Acrílico sobre lienzo | |
| *Un pedazo de nostalgia* | 28 x 23 | Acrílico sobre lienzo | |
| *Atravesando con paciencia las entrañas de un amigo* | 107 x 67 | Tinta sobre papel | |
| *La noche que olvidé tu nombre y perdí las llaves* | 107 x 79 | Tinta sobre papel | 7200 |
| *Historias de un hombre con bufanda roja* | 119 x 84 | Tinta, acrílico y sanguina sobre papel | |
| *La primera vez otra vez* | 116 x 83 | Tinta, lápiz de color y acrílico sobre papel | 1000 |

| | | | |
|---|---|---|---|
| *Vera la mujer hecha de poesia* | 78 x 65 | Tinta y acrilico sobre papel | 700 |
| *Gabriela papel y tinta* | 107 x 50 | Acrilico sobre lienzo | |
| *Nunca sabremos si ella entraba o salía por la ventana* | 110 x 75 | Tinta sobre papel | |
| *Miente que eres de papel y pájaros* | 250 x 155 | Acrilico sobre lienzo | |
| *Una buena pregunta* | 15 x 20 | Acrilico sobre lienzo | |

Si usted está interesado en la compra de un cuadro favor, comuníquese con Susana Feldman (202) 623 2581