**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BILLY "BRADDY" ROMERO RICALDE,

Plaintiff,

v. C.A. No. 06-520T

JESSIE KENDALL,

Defendant.

**ORDER GRANTING MOTION FOR REMAND AND DENYING MOTION TO AMEND**

Plaintiff's Motion to Remand is hereby GRANTED and the Defendant's Motion to Amend Notice and Petition for Removal is DENIED for the following reasons: (1) there is no federal question jurisdiction in this case; (2) the Defendant is a citizen of Rhode Island and therefore is not entitled to removal under 28 U.S.C. § 1441(b); (3) the Defendant waived any right to remove by asserting counterclaims in the state action; and (4) the amendment would be futile.

Plaintiff may have ten days to file a motion for attorneys fees.

IT IS SO ORDERED:

Ernest C Torres

Senior Judge Ernest C. Torres
Date: January 9 , 2007