UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BILLY "BRADDY" ROMERO RICALDE, )
)
)
*Plaintiff,* )
vs. )
)
JESSIE KENDALL, )
*Defendant.* )

C.A. No 06 520T
*(R.I. Superior Court*
*C.A.* No. NC06-504)

---

**AFFIDAVIT OF MARTIN I. FLAX**

I, Martin I. Flax, attorney for the Plaintiff Braddy Romero in the above-captioned action, hereby swear and aver as follows:

1. I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 1985 and a member of the Mass. Bar Association and American Bar Association.

2. I am an attorney admitted to practice in the state and federal courts of Massachusetts, Rhode Island and Minnesota.

3. I graduated from the University of Minnesota Law School in 1983.

4. I have maintained a practice in a variety of legal areas for more than twenty years. Since 1998, I have operated a solo general practice handling consumer, real estate, criminal, family, and probate law with an office in Norfolk County, Massachusetts. I have been admitted to practice in Rhode Island for more than ten years.

5. My associate in this matter, Cheryl Flax-Davidson, is a member in good standing of the bars of the U.S. Supreme Court, the First Circuit Court of Appeals, and the state bars of New York, Florida, and Massachusetts. She has been a lawyer since 1979 and from 1990 to 1999 gained expertise in research and writing of federal and state court briefs through her work in the General Counsel's Office of the Association of Trial Lawyers of America (ATLA) in Washington, D.C. She also worked in an "of counsel" capacity for Attorney Kenneth F. Yates, Gaithersburg, Maryland from 1997 until 2006. In a successful state class action lawsuit against America Online, Inc. (AOL), the Court granted Mr. Yates attorney's fees for the time Ms. Flax-Davidson expended in the lawsuit at a rate of $275.00 an hour.

6. On information and belief, the comparable billing time of similarly qualified and experienced lawyers in this field for this type of action is at least $270 per hour.

7. On the attached Exhibit "A", I have detailed the hours expended by myself and submitted by Ms. Flax-Davidson in the prosecution of Mr. Romero's claims.

Signed under pains and penalties of perjury this 19th day of January , 2007.

January 19, 2007

Martin I. Flax, Esq.
BBO #543665
Law Offices of Martin I. Flax
4 Kings Court
Dedham, MA 020206
(781)329-4850

**Exhibit "A"**

**LAW OFFICES OF MARTIN I. FLAX**
4 Kings Court
Dedham, MA 02026
Phone (781) 329-4850
Fax (781) 329-1880
**Member MA and RI Bar**

January 19, 2007

Billy Braddy Romero Ricalde v. Jessie Kendall
Superior Court No. NC06-504
U.S. District Court No. 06-520T

**Services Performed:**

| Date | Activity | Time | Attorney |
|---|---|---|---|
| 12/5/06 | Review of Pleadings | .5 | MIF |
| 12/7/06 | Review Defendant's Petition for Removal to Federal Court and Grounds for Removal | .5 | CFD |
| | Research on Petition to Remove to Federal Court, including removal statute, remand statute, federal question, proscription on removal, waiver of removal right | 4.0 | CFD |
| | Legal Research; Removal, Local Rules | 1.0 | MIF |
| 12/8/06 | First draft response: Motion to Remand, Memorandum of Law | 2.5 | CFD |
| | Edit Motion, Prepare Affidavit of Attorneys Fees | 1.5 | MIF |
| 12/11/06 | Draft No. 2: review, edit, proof of motion for remand, memorandum in support, additional research on allowance of attorneys' fees | 4.5 | CDF |
| 12/12/06 | Research on Effect of motion for remand | 2.0 | CFD |

| | | | |
|---|---|---|---|
| | on filing answer to Counterclaim | | |
| | Draft/Edit Motion to extend time to answer | .5 | CFD |
| 12/12/06 | Edit Motion to Extend Time; Motion to Remand | 1.0 | MIF |
| 12/22/06 | Review Defendant's Motion to Amend | .25 | MIF |
| 12/26/06 | Review of Defendant's Motion to Amend, | 1.0 | CFD |
| | Review of Statute 28 U.S.C. §1332 | | |
| 12/27/06 | Review of Opposition to Motion to Remand and Memorandum of Law | .75 | CFD |
| 1/ 4/07 | Research on diversity of jurisdiction pleading requirements (28 U.S.C. §1332) for Reply Memorandum, research "amount in controversy" when unstated, calculation of min. amount in controversy, burden of pleading statutory requirements | 3.0 | CFD |
| 1/5/07 | Draft of Reply Memorandum of Law in Response to Opposition to Motion to Remand | 1.5 | CFD |
| | Review and edit Reply Memorandum | .5 | CFD |
| | Review and edit Reply Memorandum | .25 | MIF |
| 1/15/07 | Draft of Petition for Attorney Fees | 1.5 | CFD |
| 1/19/07 | Edit Petition for Attorneys' Fees | .75 | MIF |

**Total Hours for MIF (Martin I. Flax) 5.25**

**Total Hours for CDF (Cheryl Flax-Davidson) 22.25**

**Total Time: 27.5 hours x $275.00= $7,562.50**