# Massachusetts Board of Bar Overseers of the Supreme Judicial Court

99 High Street
Boston, Ma. 02110

## Attorney Status Report



Cheryl S Flax-Davidson

Washington DC 20015

Admitted to the bar on 1981-12-16
Current status is Inactive

Next Registration : December

Full office addresses for active status attorneys only.

This attorney has no record of public discipline.

Data as of 2007-01-26

**Click HERE to SEARCH AGAIN!**

**or HERE to return to the main page.**